# United States District Court

MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TPI HOLDINGS, INC., and TRADER
PUBLISHING COMPANY

   Plaintiff,

            v.

RAINFOREST CONSULTING, INC., and JOSH
BOND d/b/a RAINFOREST CONSULTING, INC.

   Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3 06 0104

JUDGE TRAUGER

**TO:** (Name and address of defendant)

Rainforest Consulting, Inc.
1834 Baker Road
Goodlettsville, Tennessee 37072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Walker
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK _Angie Brewer_

(BY) DEPUTY CLERK

DATE FEB 9 2006

RETURN COPY

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE February 10, 2006 |
| NAME OF SERVER (PRINT) KIP CAMPBELL | TITLE Process server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendants. Place where served: By personally delivering a copy of the Summons, complaint and exhibits to Joel Bond as agent of Rainforest Consulting at 1834 Baker Road, Goodlettsville, TN

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 10, 2006
Date

Signature of Server

Address of Server: PO Box 1213 Brentwood TN 37024
(615) 742-6206

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.